United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RENITA WOOTEN, *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:24-CV-04988 |
| | § | |
| SAIA MOTOR FREIGHT LINE, LLC, | § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 10, 2026 (Dkt. 41), and the objections thereto (Dkt. 42), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant, SAIA Motor Freight Line, LLC's Motion for Summary Judgment (Dkt. 24) is **GRANTED** and Plaintiff, Renita Wooten's claims are **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas this 25th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE