United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RENITA WOOTEN,<br>*Plaintiff,*<br><br>V.<br><br>SAIA MOTOR FREIGHT LINE, LLC,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:24-CV-04988 |

**FINAL JUDGMENT**

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE** in their entirety.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this _25th_ day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE